# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**RICHARD ENRIQUE ULLOA**

      vs.                                  **CASE NUMBER: 1:10-CV-1567 (NAM/RFT)**

**THOMAS J. MCAVOY**

**Decision by Court.** This action came to hearing before the Court.
The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Motion to Dismiss for Failure to State a Claim is hereby GRANTED and the Complaint is DISMISSED in its entirety with prejudice.

All of the above pursuant to the order of the Honorable Judge Norman A. Mordue, dated the 8th day of July, 2011.

DATED: July 13, 2011

Clerk of Court

s/

_____
Joanne Bleskoski
Deputy Clerk